## 17593.    WALDRIP v. THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; there was some evidence authorizing the verdict, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Incest; from Crisp superior court—Judge Crum. July 3, 1926.

*Dorris & Brown*, for plaintiff in error.

*J. B. Wall, solicitor-general, Strozier & Gower*, contra.

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1217, n. 45; 17 C. J. p. 271, n. 41.